**Fill in this information to identify the case**

| | |
|---|---|
| Debtor name | **The Missing Lynx Express, Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **18-31255-H5-11** |

☐ Check if this is an amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   **Current value of debtor's interest**

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. **Business Checking Account** JPMorgan Chase Bank | **Checking account** | **8  8  8  0** | **$4,608.73** |
   | 3.2. **Business Savings Account** JPMorgan Chase Bankunt | **Savings account** | **9  7  6  1** | **$1,476.73** |

4. **Other cash equivalents** *(Identify all)*

   Name of institution (bank or brokerage firm)

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | **$6,085.46** |

### Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| Debtor | **The Missing Lynx Express, Inc.** | Case number (if known) | 18-31255-H5-11 |
|--------|-----------------------------------|------------------------|----------------|
|        | Name |  |  |

**Current value of debtor's interest**

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1.   **Security Deposit - Commercial Office Lease**
**Arnold and Norma Rodriguez Family LP**
**6811 Theall Road, Suite A**
**Houston, TX 77066**                                                                          $5,940.00

**8.   Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9.   Total of Part 2.**
Add lines 7 through 8.  Copy the total to line 81.                                          $5,940.00

## Part 3:   Accounts receivable

**10.   Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes.  Fill in the information below.

**Current value of debtor's interest**

**11.   Accounts receivable**

| 11a.   90 days old or less: | $63,900.00 | – | $0.00 | = | ..............➔ | $63,900.00 |
|---|---|---|---|---|---|---|
|  | face amount |  | doubtful or uncollectible accounts |  |  |  |
| 11b.   Over 90 days old: | $0.00 | – | $0.00 | = | ..............➔ | $0.00 |
|  | face amount |  | doubtful or uncollectible accounts |  |  |  |

**12.   Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.                $63,900.00

## Part 4:   Investments

**13.   Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes.  Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

**14.   Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15.   Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                              % of ownership:

**16.   Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**17.   Total of Part 4**
Add lines 14 through 16.  Copy the total to line 83.                                        $0.00

## Part 5:   Inventory, excluding agriculture assets

**18.   Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes.  Fill in the information below.

Debtor  **The Missing Lynx Express, Inc.**                                                                      Case number (if known)  **18-31255-H5-11**
         Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |

**23. Total of Part 5**

Add lines 19 through 22.  Copy the total to line 84.                                                                                         **$0.00**

**24. Is any of the property listed in Part 5 perishable?**

☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes.  Book value _____     Valuation method _____     Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals**  *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**

Add lines 28 through 32.  Copy the total to line 85.                                                                                         **$0.00**

**34. Is the debtor a member of an agricultural cooperative?**

☑ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes.  Book value _____     Valuation method _____     Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor  **The Missing Lynx Express, Inc.**                     Case number (if known)  **18-31255-H5-11**
_____
Name

## Part 7:  Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☒ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 4 Desks | | | $1,000.00 |
| 1 Armoire | | | $500.00 |
| 1 Reception Desk | | | $800.00 |
| 1 Conference Table | | | $500.00 |
| 8 Chairs | | | $600.00 |
| 14 Reclining Chairs | | | $1,400.00 |
| 1 Breakroom Table | | | $20.00 |
| 6 Folding Chairs | | | $60.00 |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 2 Telephones | | | $350.00 |
| 1 Apple (Mac) Desktop | | | $1,500.00 |
| 1 Lenovo Laptop | | | $200.00 |
| 1 Paper Shredder | | | $60.00 |
| 1 Fax Machine | | | $50.00 |
| Misc. Office Items and Supplies (Staplers, paperclips, binder clips, paper, Post-it-Notes, etc.) | | | $250.00 |

42. **Collectibles** _Examples:_ Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| $7,290.00 |
|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 8:  Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☒ Yes.  Fill in the information below.

Debtor   **The Missing Lynx Express, Inc.**   Case number (if known) **18-31255-H5-11**
         Name

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|

**47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

47.1.  **2016 Isuzu Medium Duty Box Truck 20'**
       **N-Series**
       **VIN No. JALC4W16XG7001549**
       **#20 in debtor's records**
       **Financed through BMO**

       **Vehicle Location:**
       **8152 Spring Cypress Road**
       **Spring, TX 77379**                                                                        **$45,000.00**

47.2.  **2016 Isuzu Medium Duty Box Truck 20'**
       **N-Series**
       **VIN No. JALC4W16XG7003124**
       **#22 in debtor's records**
       **Financed through BMO**

       **Vehicle Location:**
       **8152 Spring Cypress Road**
       **Spring, TX 77379**                                                                        **$45,000.00**

47.3.  **2016 Isuzu Medium Duty Box Truck 20'**
       **N-Series**
       **VIN No. JALC4W16XG7003186**
       **#23 in debtor's records**
       **Financed through BMO**

       **Vehicle Location:**
       **6275 S. Pearl Street**
       **Las Vegas, NV 89120**                                                                     **$45,000.00**

47.4.  **2016 Isuzu Medium Duty Box Truck 20'**
       **N-Series**
       **VIN No. JALC4W166G7001502**
       **#24 in debtor's records**
       **Financed through BMO**

       **Vehicle Location:**
       **8152 Spring Cypress Road**
       **Spring, TX 77379**                                                                        **$45,000.00**

47.5.  **2015 Isuzu Medium Duty Box Truck 24'**
       **NRR**
       **VIN No. JALE5W162F7301526**
       **#15 in debtor's records**
       **Financed through BMO**

       **Vehicle Location:**
       **6275 S. Pearl Street**
       **Las Vegas, NV 89120**                                                                     **$45,000.00**

47.6.  **2015 Isuzu Medium Duty Box Truck 24'**
       **NRR**
       **VIN No. JALE5W163F7301521**
       **#11 in debtor's records**
       **Financed through BMO**

       **Vehicle Location:**
       **6275 S. Pearl Street**
       **Las Vegas, NV 89120**                                                                     **$45,000.00**

Debtor  **The Missing Lynx Express, Inc.**                                   Case number (if known)  **18-31255-H5-11**
_____                                      _____
Name

47.7.  **2015 Isuzu Medium Duty Box Truck 24'**
       **NRR**
       **VIN No. JALE5W16XF7301581**
       **#3 in debtor's records**
       **Financed through BMO**

       **Vehicle Location:**
       **850 Greens Parkway**
       **Houston, TX 77067**                                                                            **$45,000.00**

47.8.  **2014 Isuzu Medium Duty Box Truck 24'**
       **NRR**
       **VIN No. JALE5W166E7302404**
       **#13 in debtor's records**
       **Financed through BMO**

       **Vehicle Location:**
       **850 Greens Parkway**
       **Houston, TX 77067**                                                                            **$35,000.00**

47.9.  **2014 Isuzu Medium Duty Box Truck 24'**
       **NRR**
       **VIN No. JALE5W165E7302376**
       **#14 in debtor's records**
       **Financed through BMO**

       **Vehicle Location:**
       **850 Greens Parkway**
       **Houston, TX 77067**                                                                            **$35,000.00**

47.10. **2010 Freightliner**
       **VIN No. 1FUBCYBSXADAM6793**
       **Financed through BMO**
       **#27 in debtor's records**

       **Vehicle Location:**
       **850 Greens Parkway**
       **Houston, TX 77067**                                                                            **$32,000.00**

47.11. **2010 Freightliner**
       **VIN No. 1FUBCYBS6ADAM6788**
       **Financed through BMO**
       **#28 in debtor's records**

       **Vehicle Location:**
       **850 Greens Parkway**
       **Houston, TX 77067**                                                                            **$32,000.00**

47.12. **2010 Freightliner**
       **VIN No. 1FUBCYBS8ADAM6789**
       **Financed through BMO**
       **#26 in debtor's records**

       **Vehicle Location:**
       **850 Greens Parkway**
       **Houston, TX 77067**                                                                            **$32,000.00**

47.13. **2017 Hino 268**
       **VIN No. 5PVNE8JV7H4S55460**
       **Financed through TCF**
       **#25 in debtor's records**

       **Vehicle Location:**
       **6275 S. Pearl Street**
       **Las Vegas, NV 89120**                                                                          **$62,000.00**

Debtor    **The Missing Lynx Express, Inc.**      Case number (if known)   **18-31255-H5-11**
<br>Name

47.14. **2017 Hino 268**
**VIN No. 5PVNE8JV8H4S55502**
**Financed through TCF**
**#12 in debtor's records**

**Vehicle Location:**
**850 Greens Parkway**
**Houston, TX 77067**                                    **$62,000.00**

47.15. **2014 Isuzu Medium Duty Truck**
**NRR**
**Serial No. JALE5W165XE7302051**
**#16 in debtor's records**
**Financed through Hitachi**                                    **$30,000.00**

47.16. **2014 Isuzu Medium Duty Truck (Diesel)**
**NRR**
**VIN No. JALE5W167E7300130**
**#5 in debtor's records**
**Financed through Isuzu**

**Vehicle Location:**
**850 Greens Parkway**
**Houston, TX 77067**                                    **$30,000.00**

47.17. **2004 Dodge Ram**
**Vin No. 1D7HA16D94J187924**
**Secured by First Home Bank**

**Vehicle Location:**
**8152 Spring Cypress Road**
**Spring, TX 77379**                                    **$4,000.00**

47.18. **2007 Hino**
**Vin No. 5PVNE8JTX72S50844**
**Secured by First Home Bank**
**#10 in debtor's records**

**Vehicle Location:**
**8152 Spring Cypress Road**
**Spring, TX 77379**                                    **$15,000.00**

47.19. **2010 International**
**Vin No. 1HTMMAAN9AH268086**
**Secured by First Home Bank**
**#19 in debtor's records**

**Vehicle Location:**
**850 Greens Parkway**
**Houston, TX 77067**                                    **$12,000.00**

47.20. **2010 International**
**VIN No. 1HTMMAAN0AH268087**
**Secured by First Home Bank**
**#21 in debtor's records**

**Vehicle Location:**
**850 Greens Parkway**
**Houston, TX 77067**                                    **$12,000.00**

| Debtor | **The Missing Lynx Express, Inc.** | Case number (if known) | **18-31255-H5-11** |
|---|---|---|---|
| | Name | | |

**47.21.** **2011 International**
**VIN No. 1HTMMAAN2BH388510**
**Secured by First Home Bank**
**#18 in debtor's records**

**Vehicle Location:**
**850 Greens Parkway**
**Houston, TX 77067**            **$15,000.00**

**47.22.** **2012 International**
**VIN No. 3HAMMAAN9CL584388**
**Secured by First Home Bank**
**#17 in debtor's records**

**Vehicle Location:**
**850 Greens Parkway**
**Houston, TX 77067**            **$17,000.00**

**47.23.** **2004 Freightliner**
**VIN No. 1FVACWDC74HN11588**

**Vehicle Location:**
**850 Greens Parkway**
**Houston, TX 77067**            **$8,000.00**

**47.24.** **2010 Nissan UD**
**VIN No. JNAPA81H0AAN80055**
**#2 in debtor's records**

**Vehicle Location:**
**850 Greens Parkway**
**Houston, TX 77067**            **$20,000.00**

**47.25.** **2010 Nissan UD**
**VIN No. JNAPA81HXAAN80015**
**Debtor holds title - has financed vehicle to 3rd**
**party.  $2,500 balance on the Note.**            **$20,000.00**

**47.26.** **2009 Nissan UD**
**VIN No. JNAPA81H59AR75070**
**#4 in debtor's records**

**Vehicle Location:**
**850 Greens Parkway**
**Houston, TX 77067**            **$20,000.00**

**47.27.** **2011 Isuzu**
**NPR**
**VIN No. JALC4W162B7002378**
**#7 in debtor's records**

**Vehicle Location:**
**850 Greens Parkway**
**Houston, TX 77067**            **$20,000.00**

**47.28.** **2007 Chevrolet W4500**
**J8BC4B16677003753**
**Debtor holds title - has financed vehicle to 3rd**
**party.  $3,050 balance on the Note.**            **$13,000.00**

**47.29.** **2006 International**
**VIN No. IHTMPAFN66H260308**

**Vehicle Location:**
**850 Greens Parkway**
**Houston, TX 77067**            **$8,000.00**

| Debtor | **The Missing Lynx Express, Inc.** | Case number (if known) | **18-31255-H5-11** |
| | Name | | |

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

**49. Aircraft and accessories**

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| **34 Storage Racks** | | | **$8,000.00** |
| **1 Cantilever** | | | **$800.00** |
| **1 Ramp** | | | **$800.00** |
| **2 Wheel Dollies (20)** | | | **$2,000.00** |
| **4 Wheel Dollies (12)** | | | **$1,200.00** |

**51. Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.                    **$861,800.00**

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 9:   Real property

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes.  Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **8152 Spring Sypress Road**<br>**Spring, TX 77379** | | | | |
| **Warehouse/Office** | **Leasehold Interest** | | | **$1.00** |
| 55.2. **3008 E Sunset Road, #175**<br>**Las Vegas, NV 39120** | | | | |
| **Storage Unit** | **Leasehold Interest** | | | **$1.00** |

**56. Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.                    **$2.00**

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor   **The Missing Lynx Express, Inc.**                         Case number (if known)   **18-31255-H5-11**
         Name

## Part 10:   Intangibles and Intellectual Property

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** | | | |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** | | | |

66.  **Total of Part 10.**
     Add lines 60 through 65.  Copy the total to line 89.                                        **$0.00**

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☑ No
☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 11:   All other assets

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes.  Fill in the information below.

|  | | | Current value of debtor's interest |
|---|---|---|---|

71.  **Notes receivable**

Description (include name of obligor)

| | Total face amount | doubtful or uncollectible amount | |
|---|---|---|---|
| **Note for 2007 Chevrolet W4500** **$650.00 per month.  Once balance received title** **will be turned over.** | **$3,050.00** − | **$0.00** = ➔ | **$3,050.00** |
| **Note for 2010 Nissan UD** **VIN No. JNAPA81HXAAN80015** **Once balance received title will be turned over.** | **$2,500.00** − | **$0.00** = ➔ | **$2,500.00** |
| **Note for 2014 Isuzu Medium Duty Truck** **NRR** **Serial No. JALE5W165XE7302051** **#16 in debtor's records** **Financed through Hitachi** **Once vehicle paid off title will be turned over to** **3rd party currently making payments.** | **$18,000.00** − | **$0.00** = ➔ | **$18,000.00** |

Debtor   **The Missing Lynx Express, Inc.**                    Case number (if known)   **18-31255-H5-11**
_____
   Name

**72.   Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**73.   Interests in insurance policies or annuities**

**Commercial General Liability**
**Policy Ending 8600**
**10/13/17 - 10/13/18**                                                                                 **$0.00**

**Automobile**
**Policy Ending 8415**
**3/1/18 - 3/1/19**                                                                                     **$0.00**

**Umbrella**
**Policy Ending 8600**
**10/13/17 - 10/13/18**                                                                                 **$0.00**

**Cargo**
**Policy Ending 8415**
**3/1/18 - 3/1/19**                                                                                     **$0.00**

**Workers Comp.**
**Policy Ending 716**
**9/4/17 through 9/4/18**                                                                               **$0.00**

**74.   Causes of action against third parties (whether or not a lawsuit has been filed)**

**75.   Other contingent and unliquidated claims or causes of action of every nature,**
**including counterclaims of the debtor and rights to set off claims**

**76.   Trusts, equitable or future interests in property**

**77.   Other property of any kind not already listed**   *Examples:* Season tickets, country club membership

**78.   Total of Part 11.**
Add lines 71 through 77.  Copy the total to line 90.                               **$23,550.00**

**79.   Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor **The Missing Lynx Express, Inc.**
Name

Case number (if known) __18-31255-H5-11__

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $6,085.46 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $5,940.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $63,900.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $7,290.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $861,800.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...............................➔ | | $2.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $23,550.00 | |
| 91. **Total.** Add lines 80 through 90 for each column.  91a. | $968,565.46 | + 91b.  $2.00 |
| 92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92................................................................ | | $968,567.46 |

**Fill in this information to identify the case:**

Debtor name **The Missing Lynx Express, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **18-31255-H5-11**
(if known)

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

**2.** List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien | $190,000.00 | $180,000.00 |
|---|---|---|---|
| **BMO** | | | |

Creditor's mailing address
**Transportation Finance**

**P.O. Box 3040**

**Cedar Rapids       IA      52406**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number  **1   0   0   1**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**

**2016 Isuzu Medium Duty Trucks**

Describe the lien
**Automobile / Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Serial No.'s:**
**JALC4W16XG7001549**
**JALC4W16XG7003124**
**JALC4W16XG7003186**
**JALC4W166G7001502**

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$874,877.20

Debtor **The Missing Lynx Express, Inc.**                    Case number (if known) **18-31255-H5-11**

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

**2.2**

**Creditor's name**
BMO

**Describe debtor's property that is subject to a lien**

2015 Isuzu Medium Duty Trucks

**Amount of claim:** $90,000.00     **Value of collateral:** $135,000.00

**Creditor's mailing address**
Transportation Finance

P.O. Box 3040

Cedar Rapids        IA      52406

**Creditor's email address, if known**

_____

**Date debt was incurred**        _____

**Last 4 digits of account number**        0   0   0   1

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe the lien**

Automobile / Agreement

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Serial No.'s:**
**JALE5W162F7301526**
**JALE5W163F7301521**
**JALE5W16XF7301581**

| Debtor | **The Missing Lynx Express, Inc.** | Case number (if known) **18-31255-H5-11** |
|---|---|---|

| **Part 1:** | **Additional Page** | | | |
|---|---|---|---|---|
| | | | Column A | Column B |
| Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page. | | | Amount of claim<br>Do not deduct the<br>value of collateral. | Value of collateral<br>that supports<br>this claim |

**2.3** Creditor's name
**BMO**

Creditor's mailing address
**Transportation Finance**

**P.O. Box 3040**

**Cedar Lake        IA      52406**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account
number                **9    0    0    1**

Do multiple creditors have an interest in
the same property?

☑ No

☐ Yes.  Have you already specified the
relative priority?

   ☐ No.  Specify each creditor, including this
   creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
   specified on lines _____

**Serial No.'s:**
**JALE5W166E7302404**
**JALE5W165E7302376**

Describe debtor's property that is
subject to a lien

**2014 Isuzu Medium Duty Trucks**

Describe the lien

**Automobile / Agreement**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **$30,000.00**     Column B: **$70,000.00**

---

**2.4** Creditor's name
**BMO**

Creditor's mailing address
**Transportation Finance**

**P.O. Box 3040**

**Cedar Lake        IA      52406**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account
number          ___  ___  ___  ___

Do multiple creditors have an interest in
the same property?

☑ No

☐ Yes.  Have you already specified the
relative priority?

   ☐ No.  Specify each creditor, including this
   creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
   specified on lines _____

Describe debtor's property that is
subject to a lien

**2010 Freightliners**

Describe the lien

**Automobile / Agreement**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **$82,000.00**     Column B: **$96,000.00**

Debtor   **The Missing Lynx Express, Inc.**                                          Case number (if known) **18-31255-H5-11**

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.5**

| Creditor's name | Describe debtor's property that is | | |
|---|---|---|---|
| **First Home Bank** | **subject to a lien** | $270,000.00 | $188,625.46 |

Creditor's mailing address
**700 Central Avenue**

**Lien on Assets**

Describe the lien

**SBA Loan / Agreement**

**St. Petersburg          FL     33701**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account
number          ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.

Do multiple creditors have an interest in
the same property?

☐ Contingent
☐ Unliquidated
☐ Disputed

☑ No
☐ Yes.  Have you already specified the
relative priority?

   ☐ No.  Specify each creditor, including this
   creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
   specified on lines

**2.6**

| Creditor's name | Describe debtor's property that is | | |
|---|---|---|---|
| **Fundation Group, LLC** | **subject to a lien** | $68,877.20 | $0.00 |

Creditor's mailing address
**11501 Sunset Hills Road, Suite 100**

**Lien on Assets**

Describe the lien

**Secured Loan / Agreement**

**Reston              VA     20190**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred   **11/17/2017**

Last 4 digits of account
number          ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.

Do multiple creditors have an interest in
the same property?

☐ Contingent
☐ Unliquidated
☐ Disputed

☑ No
☐ Yes.  Have you already specified the
relative priority?

   ☐ No.  Specify each creditor, including this
   creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
   specified on lines  _____

| Debtor | **The Missing Lynx Express, Inc.** | Case number (if known) **18-31255-H5-11** |
| --- | --- | --- |

| **Part 1:** | **Additional Page** | |
| --- | --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | **Column A**<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports**<br>**this claim** |
| --- | --- | --- |

**2.7**

**Creditor's name**
Hitachi

**Creditor's mailing address**
800 Connecticut Avenue

Norwalk          CT    06854

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines _____

JALE5W16XE7302051

**Describe debtor's property that is subject to a lien**

**2014 Isuzu NRR**

**Describe the lien**

**Automobile / Agreement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$18,000.00**   Value of collateral: **$30,000.00**

**2.8**

**Creditor's name**
Isuzu Finance of America

**Creditor's mailing address**
2500 Westchester Avenue, Suite 312

Purchase          NY   10577

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** **8   7   2   0**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**2014 Diesel Isuzu NRR**

**Describe the lien**

**Automobile / Agreement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$10,000.00**   Value of collateral: **$30,000.00**

Debtor  **The Missing Lynx Express, Inc.**                    Case number (if known) **18-31255-H5-11**

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|

**2.9**

Creditor's name
**Lease Corporation of America**

Creditor's mailing address
**3150 Livernois Road, Suite 300**

_____

**Troy                    MI     48083**

Creditor's email address, if known

_____

Date debt was incurred      _____

Last 4 digits of account
number                    ___ ___ ___ ___

**Do multiple creditors have an interest in
the same property?**

☑ No
☐ Yes.  Have you already specified the
relative priority?

    ☐ No.  Specify each creditor, including this
creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
specified on lines _____

**Lease/Purchase**

Describe debtor's property that is
subject to a lien

**Tracking Equipment**

Describe the lien

**Business Loan / Agreement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$10,000.00**      **$5,000.00**

**2.10**

Creditor's name
**TCF Equipment Finance**

Creditor's mailing address
**11100 Wayzata Blvd, Suite 801**

_____

**Minnetonka          MN   55305**

Creditor's email address, if known

_____

Date debt was incurred      _____

Last 4 digits of account
number                    _8_ _5_ _0_ _0_

**Do multiple creditors have an interest in
the same property?**

☑ No
☐ Yes.  Have you already specified the
relative priority?

    ☐ No.  Specify each creditor, including this
creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
specified on lines _____

Describe debtor's property that is
subject to a lien

**2017 Hino 268**

Describe the lien

**Automobile / Agreement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$53,000.00**      **$62,000.00**

Debtor  **The Missing Lynx Express, Inc.**                     Case number (if known) **18-31255-H5-11**

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | *Column A*<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | *Column B*<br>**Value of collateral<br>that supports<br>this claim** |

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.11**

| | |
|---|---|
| Creditor's name<br>**TCF Equipment Finance** | Describe debtor's property that is<br>subject to a lien |
| Creditor's mailing address<br>**11100 Wayzata Blvd, Suite 801** | **2017 Hino 268** |
| | Describe the lien |
| | **Automobile / Agreement** |

**$53,000.00**          **$62,000.00**

Creditor's name
**TCF Equipment Finance**

Describe debtor's property that is
subject to a lien

**2017 Hino 268**

Creditor's mailing address
**11100 Wayzata Blvd, Suite 801**

Describe the lien

**Automobile / Agreement**

Is the creditor an insider or related party?

☑ No
☐ Yes

**Minnetonka        MN   55305**

Creditor's email address, if known

Is anyone else liable on this claim?

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account
number          **8   5   0   1**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
relative priority?

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines  _____

Debtor  **The Missing Lynx Express, Inc.**  Case number (if known) **18-31255-H5-11**

---

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page.  If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **BMO** <br> **Transportation Finance** <br> **P.O. Box 71951** <br><br> **Chicago**  IL  **60694** | Line  **2.4** | ___ ___ ___ ___ |
| **BMO** <br> **Transportation Finance** <br> **P.O. Box 71951** <br><br> **Chicago**  IL  **60694** | Line  **2.3** | ___ ___ ___ ___ |
| **BMO** <br> **Transportation Finance** <br> **P.O. Box 71951** <br><br> **Chicago**  IL  **60694** | Line  **2.2** | ___ ___ ___ ___ |
| **BMO** <br> **Transportation Finance** <br> **P.O. Box 71951** <br><br> **Chicago**  IL  **60694** | Line  **2.1** | ___ ___ ___ ___ |
| **First Home Bank** <br> **P.O. Box 4900** <br><br> **Seminole**  FL  **33775** | Line  **2.5** | ___ ___ ___ ___ |
| **Hitachi** <br> **21925 Network Place** <br><br> **Chicago**  IL  **60673-1219** | Line  **2.7** | ___ ___ ___ ___ |

Debtor   **The Missing Lynx Express, Inc.**                    Case number (if known) **18-31255-H5-11**

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1 -- Continuation Page** |
|---|---|

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Teri H. Kelley** | Line  **2.10** | ___ ___ ___ ___ |
| **Law Offices of T.H. Kelley, P.C.** | | |
| **6750 West Look South, Suite 920** | | |
| | | |
| **Bellaire**                 **TX**     **77401** | | |

| Fill in this information to identify the case: |
| --- |

| Debtor | **The Missing Lynx Express, Inc.** |
| --- | --- |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **18-31255-H5-11** |

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:     List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐  No.  Go to Part 2.
☑  Yes.  Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
    If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
| --- | --- | --- | --- |
| **2.1**  Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00** | **$15,000.00** |
| **J. Thomas Black, P.C.** | ☐ Contingent | | |
| **2600 S. Gessner, Suite 110** | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Houston**             **TX**     **77063** | Basis for the claim: | | |
| Date or dates debt was incurred | **Attorney Fees** | | |
| **03/02/2018** | Is the claim subject to offset? | | |
| Last 4 digits of account number  ___ ___ ___ ___ | ☑ No | | |
| | ☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)(____)  **Attorney Fees** | | | |

Debtor   **The Missing Lynx Express, Inc.**                    Case number (if known)   **18-31255-H5-11**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.**  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| **3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$60,000.00** |
| --- | --- | --- | --- |

**Glendy Acevedo  Martinez**

**6046 FM 2920, Suite 507**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Spring**                    **TX**      **77379**        **Business Loan**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**

☑ No

**Last 4 digits of account number**  ___ ___ ___ ___

☐ Yes

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                page 2

Debtor   **The Missing Lynx Express, Inc.**                                    Case number (if known)   **18-31255-H5-11**

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4.   **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.**  Examples of entities that may be
     listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages
   are needed, copy the next page.**

   **Name and mailing address**             **On which line in Part 1 or Part 2 is the**         **Last 4 digits of**
                                            **related creditor (if any) listed?**               **account number,**
                                                                                                **if any**

4.1   **Internal Revenue Service**                 Line _____                              __ __ __ __

      **Centralized Insolvency Operations**        ☑ Not listed.  Explain:

      **PO Box 7346**                                **Notice Only**

      **Philadelphia          PA      19101-7346**

4.2   **Kabbage, Inc.**                            Line _____                              __ __ __ __

      **925B Peachtree Street NE, Suite 1688**     ☑ Not listed.  Explain:

                                                     **Notice Only**

      **Atlanta          GA      30309**

4.3   **Kabbage, Inc.**                            Line _____                              __ __ __ __

      **c/o CSC**                                  ☑ Not listed.  Explain:

      **P.O. Box 2576**                              **Notice Only**

      **Springfield          IL      62708**

Debtor    **The Missing Lynx Express, Inc.**                          Case number (if known)   **18-31255-H5-11**

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

5.    Add the amounts of priority and nonpriority unsecured claims.

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. _____ **$15,000.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** _____ **$60,000.00** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. _____ **$75,000.00** |

**Fill in this information to identify the case:**

Debtor name **The Missing Lynx Express, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **18-31255-H5-11**          Chapter **11**
(if known)

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

☐ No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☑ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.  **List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Commercial Building Lease Contract to be ASSUMED | Arnold and Norma Rodriguez Family LP |
|---|---|---|---|
| | | | 6811 Theall Road, Suite A |
| | State the term remaining | | |
| | List the contract number of any government contract | | Houston                TX          77066 |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | 2015 BMW X6 xDrive 35i Lease Contract to be ASSUMED | BMW Financial Services, NA LLC |
|---|---|---|---|
| | | | AIS Portfolio Services, LP |
| | | | 4515 N. Santa Fe Ave. Dept APS |
| | State the term remaining | 3 payment(s) | Oklahoma City, OK 73118 |
| | List the contract number of any government contract | | Acct: XXXXXX2199 |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Storage Lease Contract to be ASSUMED | Extra Space Storage |
|---|---|---|---|
| | | | 3008 E Sunset Road |
| | State the term remaining | | |
| | List the contract number of any government contract | | Las Vegas                NV          89120 |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Commercial Building Lease Contract to be ASSUMED | Spring Cypress Commerce Park Owners Asso |
|---|---|---|---|
| | | | 6811 Theall Road, Suite A |
| | State the term remaining | | |
| | List the contract number of any government contract | | Houston                TX          77066 |

**Fill in this information to identify the case:**

Debtor Name  **The Missing Lynx Express, Inc.**

United States Bankruptcy Court for the:  **SOUTHERN DISTRICT OF TEXAS**

Case number (if known):  **18-31255-H5-11**

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:    Summary of Assets**

1.  ***Schedule A/B: Assets--Real and Personal Property*** (Official Form 206A/B)

    1a.  **Real property:**
    Copy line 88 from Schedule A/B...................................................................................

| | |
|---|---|
| | **$2.00** |

    1b.  **Total personal property:**
    Copy line 91A from Schedule A/B................................................................................

| | |
|---|---|
| | **$968,565.46** |

    1c.  **Total of all property**
    Copy line 92 from Schedule A/B..................................................................................

| | |
|---|---|
| | **$968,567.46** |

**Part 2:    Summary of Liabilities**

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D......................................

| | |
|---|---|
| | **$874,877.20** |

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a.  **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F....................................................

| | |
|---|---|
| | **$15,000.00** |

    3b.  **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F.............................................

| | |
|---|---|
| **+** | **$60,000.00** |

4.  **Total liabilities**
    Lines 2 + 3a + 3b.............................................................................................................

| | |
|---|---|
| | **$949,877.20** |

**Fill in this information to identify the case and this filing:**

Debtor Name **The Missing Lynx Express, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **18-31255-H5-11**
(if known)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **04/13/2018**          X **/s/ Glendy Acevedo Martinez** _____
        MM / DD / YYYY                   Signature of individual signing on behalf of debtor

                                          **Glendy Acevedo Martinez** _____
                                          Printed name
                                          **President** _____
                                          Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name __**The Missing Lynx Express, Inc.**__

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number __**18-31255-H5-11**__
(if known)

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

**1. Gross revenue from business**

☐ None

**Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year**

**Sources of revenue**
Check all that apply.

**Gross revenue**
(before deductions and exclusions

| | | | | Sources of revenue | Gross revenue |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From __01/01/2018__ <br> MM / DD / YYYY | to | Filing date | ☑ Operating a business <br> ☐ Other _____ | _____ |
| **For prior year:** | From __01/01/2017__ <br> MM / DD / YYYY | to | __12/31/2017__ <br> MM / DD / YYYY | ☑ Operating a business <br> ☐ Other _____ | **$2,652,636.00** |
| **For the year before that:** | From __01/01/2016__ <br> MM / DD / YYYY | to | __12/31/2016__ <br> MM / DD / YYYY | ☑ Operating a business <br> ☐ Other _____ | **$2,678,673.00** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer <br> *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Arnold and Norma Rodriguez Family LP** <br> Creditor's name <br> **6811 Theall Road, Suite A** <br> Street <br> _____ <br> **Houston**      **TX**      **77066** <br> City      State      ZIP Code | **Over Last 90 Days** | **$18,600.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☑ Other  **Rent** |

Debtor   **The Missing Lynx Express, Inc.**                              Case number (if known)   **18-31255-H5-11**
Name

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

3.2.  **First Home Bank**                     **Over Last**        **$10,712.04**
Creditor's name                               **90 Days**
**P.O. Box 4900**
Street

**Check all that apply**
☑ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☐ Other _____

**Seminole**          **FL**     **33775**
City               State     ZIP Code

3.3.  **BMO**                                **Over Last**        **$26,934.52**
Creditor's name                               **90 Days**
**Transportation Finance**
Street
**P.O. Box 3040**

**Check all that apply**
☑ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☐ Other _____

**Cedar Rapids**       **IA**     **52406**
City               State     ZIP Code

4.   **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

5.   **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

6.   **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

## Part 3:   Legal Actions or Assignments

7.   **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☑ None

| Debtor | **The Missing Lynx Express, Inc.** | Case number (if known) | **18-31255-H5-11** |
|---|---|---|---|
| | Name | | |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4:    Certain Gifts and Charitable Contributions

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

## Part 5:    Certain Losses

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

## Part 6:    Certain Payments or Transfers

**11.  Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  **J. Thomas Black, P.C.** | | 03/02/2018 | $10,000.00 |
| **Address** | | | |
| **2600 S. Gessner, Suite 110** | | | |
| Street | | | |
| | | | |
| **Houston**       **TX**    **77063** | | | |
| City        State   ZIP Code | | | |
| **Email or website address** | | | |
| | | | |
| **Who made the payment, if not debtor?** | | | |

**12.  Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

Debtor **The Missing Lynx Express, Inc.**                    Case number (if known) **18-31255-H5-11**
_____
        Name

**13.  Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑ None

## Part 7:  Previous Locations

**14.  Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

## Part 8:  Health Care Bankruptcies

**15.  Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

■ diagnosing or treating injury, deformity, or disease, or

■ providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

## Part 9:  Personally Identifiable Information

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained _____

Does the debtor have a privacy policy about that information?
☐ No.
☐ Yes.

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
        ☐ No.  Go to Part 10.
        ☐ Yes.  Fill in below:

Debtor   **The Missing Lynx Express, Inc.**                              Case number (if known)   **18-31255-H5-11**
                Name

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.   Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19.   Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20.   Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21.   Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **SAATVA** | | **Mattresses** | |
| Name | | | |
| | | | |
| Street | | | |
| | | | |
| City          State    ZIP Code | | | |

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Sleep Design** | | **Mattresses** | |
| Name | | | |
| | | | |
| Street | | | |
| | | | |
| City          State    ZIP Code | | | |

| Debtor | **The Missing Lynx Express, Inc.** | Case number (if known) | **18-31255-H5-11** |
|---|---|---|---|
| | Name | | |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless or the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
    Include settlements and orders.

    ☒ No
    ☐ Yes.  Provide details below.

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ☒ No
    ☐ Yes.  Provide details below.

24. **Has the debtor notified any govermental unit of any release of hazardous material?**

    ☒ No
    ☐ Yes.  Provide details below.

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

    ☒ None

26. **Books, records, and financial statements**

    26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

    ☐ None

| | Name and address | | Dates of service | |
|---|---|---|---|---|
| 26a.1. | **Davesh Pathak, CPA** | | **From** _____ **To** _____ | |
| | Name | | | |
| | **9700 Richmond Avenue, Suite 127** | | | |
| | Street | | | |
| | _____ | | | |
| | **Houston**             **TX**    **77042** | | | |
| | City                    State   ZIP Code | | | |

Debtor  **The Missing Lynx Express, Inc.**                    Case number (if known)  **18-31255-H5-11**
        Name

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

**Name and address**                                    **Dates of service**

26b.1.  **Devesh Pathak, CPA**                          From _____  To _____
        Name
        **9700 Richmond Avenue, Suite 127**
        Street

        **Houston**              **TX**    **77042**
        City                     State     ZIP Code

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

**Name and address**                                    **If any books of account and records are unavailable, explain why**

26c.1.  **Devesh Pathak, CPA**
        Name
        **9700 Richmond Avenue, Suite 127**
        Street

        **Houston**              **TX**    **77042**
        City                     State     ZIP Code

**Name and address**                                    **If any books of account and records are unavailable, explain why**

26c.2.  **Glendy Acevedo**
        Name
        **19015 Sweden Court**
        Street

        **Spring**               **TX**    **77379**
        City                     State     ZIP Code

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.
☐ Yes.  Give the details about the two most recent inventories.

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| **Glendy Acevedo** | **19015 Sweden Court**<br>**Spring, TX 77379** | **President** | **100%** |

Debtor  **The Missing Lynx Express, Inc.**                              Case number (if known)  **18-31255-H5-11**
_____                                        _____
Name

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes.  Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. **Glendy Acevedo** <br> Name <br> **19015 Sweden Court** <br> Street <br><br> **Spring** **TX** **77379** <br> City  State  ZIP Code <br><br> **Relationship to debtor** <br> **President** | **Salary** <br> **$180,000.00** | **Within last 12 Months** | **Salary** |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes.  Identify below.

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes.  Identify below.

| Part 14: | Signature and Declaration |
|----------|---------------------------|

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **04/13/2018**
               _____
               MM / DD / YYYY

X **/s/ Glendy Acevedo Martinez**                              Printed name  **Glendy Acevedo Martinez**
_____                                     _____
  Signature of individual signing on behalf of the debtor

  Position or relationship to debtor  **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

In re  **The Missing Lynx Express, Inc.**
Case No.   **18-31255-H5-11**

Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept...........................Hourly: Estimated Total   **$25,000.00**

   Prior to the filing of this statement I have received.......................................   **$10,000.00**

   Balance Due.........................................................................Hourly: Approximately   **$15,000.00**

2. The source of the compensation paid to me was:
   ☑ Debtor            ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor            ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

<div style="border:1px solid black; padding:1em;">

<div align="center">CERTIFICATION</div>

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **04/13/2018** | **/s/ J. Thomas Black** | |
| --- | --- | --- |
| *Date* | *J. Thomas Black* | Bar No.  02373400 |
| | J. Thomas Black, P.C. | |
| | 2600 S. Gessner, Suite 110 | |
| | Houston, TX 77063 | |
| | Phone: (713) 772-8037 / Fax: (713) 772-5058 | |

</div>

**/s/ Glendy Acevedo Martinez**

***Glendy Acevedo Martinez***
***President***