UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 18-31255 |
| | § | |
| THE MISSING LYNX EXPRESS, INC. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Lowell T. Cage, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned:<br>*(without deducting any secured claims)* | $820,535.46 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $3,679.53 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $16,840.47 | | |

3) Total gross receipts of $20,520.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $20,520.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $457,672.99 | $28,395.45 | $3,679.53 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $16,840.47 | $16,840.47 | $16,840.47 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $17,238.37 | $17,238.37 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $130,157.87 | $130,157.87 | $0.00 |
| **Total Disbursements** | $0.00 | $621,909.70 | $192,632.16 | $20,520.00 |

4). This case was originally filed under chapter 11 on 03/13/2018. The case was converted to one under Chapter 7 on 02/12/2019. The case was pending for 17 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/14/2020        By:   /s/ Lowell T. Cage
                                        Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2004 Freightliner VIN No. 1FVACWDC74HN11588 Vehicle Location: 850 Greens Parkway Houston, TX 77067 | 1129-000 | $1,400.00 |
| 2006 International VIN No. IHTMPAFN66H260308 Vehicle Location: 850 Greens Parkway Houston, TX 77067 | 1129-000 | $1,850.00 |
| 2009 Nissan UD VIN No. JNAPA81H59AR75070 #4 in debtor's records Vehicle Location: 850 Greens Parkway Houston, TX 77067 | 1129-000 | $5,500.00 |
| 2011 Isuzu NPR VIN No. JALC4W162B7002378 #7 in debtor's records Vehicle Location: 850 Greens Parkway Houston, TX 77067 | 1129-000 | $3,500.00 |
| Items inside box trailer - portable ladder, office chairs, desk w/chair, pallet racking | 1229-000 | $1,770.00 |
| Note for 2010 Nissan UD VIN No. JNAPA81HXAAN80015 Once balance received title will be turned over. $2,500.00 – $0.00 = $ | 1229-000 | $6,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$20,520.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Fundation Group LLC | 4110-000 | $0.00 | $68,877.20 | $0.00 | $0.00 |
| 7 | Lease Corporation of America | 4110-000 | $0.00 | $19,693.14 | $0.00 | $0.00 |
| 9 | First Home Bank | 4110-000 | $0.00 | $270,570.46 | $0.00 | $0.00 |
| 12 | Klein Independent School District | 4210-000 | $0.00 | $20,823.33 | $20,823.33 | $2,698.32 |
| 13 | Bridgestone Municipal Utility District | 4210-000 | $0.00 | $7,572.12 | $7,572.12 | $981.21 |
| 16 | Fundation Group LLC | 4110-000 | $0.00 | $70,136.74 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$457,672.99** | **$28,395.45** | **$3,679.53** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

UST Form 101-7-TDR (10/1/2010)

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Cage, Hill & Niehaus L.L.P., Trustee | 2100-000 | NA | $2,802.00 | $2,802.00 | $2,802.00 |
| Cage, Hill & Niehaus L.L.P., Trustee | 2200-000 | NA | $156.21 | $156.21 | $156.21 |
| International Sureties, Ltd | 2300-000 | NA | $6.71 | $6.71 | $6.71 |
| United States Trustee | 2950-000 | NA | $5,850.00 | $5,850.00 | $5,850.00 |
| Accountant for Trustee | 3410-000 | NA | $5,456.50 | $5,456.50 | $5,456.50 |
| Accountant for Trustee | 3420-000 | NA | $43.05 | $43.05 | $43.05 |
| Auctioneer for Trustee | 3610-000 | NA | $1,026.00 | $1,026.00 | $1,026.00 |
| Auctioneer for Trustee | 3620-000 | NA | $1,500.00 | $1,500.00 | $1,500.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $16,840.47 | $16,840.47 | $16,840.47 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11 | Texas Workforce Commission | 5800-000 | $0.00 | $11,867.04 | $11,867.04 | $0.00 |
| 14 | Texas Comptroller of Public Accounts | 5800-000 | $0.00 | $5,371.33 | $5,371.33 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $17,238.37 | $17,238.37 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Internal Revenue Service | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | BMW Financial Services NA, LLC | 7100-000 | $0.00 | $1,870.00 | $1,870.00 | $0.00 |
| 4 | Hitachi Capital America Corp | 7100-000 | $0.00 | $17,520.30 | $17,520.30 | $0.00 |
| 5 | BMO Harris Bank N.A. | 7100-000 | $0.00 | $63,579.93 | $63,579.93 | $0.00 |
| 6 | Nationwide Insurance fdba Scottsdale | 7100-000 | $0.00 | $1,000.00 | $1,000.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| | Insurance | | | | | |
| 8 | Acuity, a Mutual Insurance Company | 7100-000 | $0.00 | $35,620.33 | $35,620.33 | $0.00 |
| 10 | TCF Equipment Finance | 7100-000 | $0.00 | $10,567.31 | $10,567.31 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $130,157.87 | $130,157.87 | $0.00 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1     Exhibit 8

| Case No.: | 18-31255-H3-7 | Trustee Name: | Lowell Cage |
| Case Name: | THE MISSING LYNX EXPRESS, INC. | Date Filed (f) or Converted (c): | 02/12/2019 (c) |
| For the Period Ending: | 7/14/2020 | §341(a) Meeting Date: | 03/21/2019 |
| | | Claims Bar Date: | 11/12/2019 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | Business Checking Account JPMorgan Chase Bank Checking account 8880 | $26.73 | $0.00 | | $0.00 | FA |
| Asset Notes: | amended 3/27/19 | | | | | |
| 2 | Business Savings Account JPMorgan Chase Bankount Savings account 9761 | $1,476.73 | $0.00 | | $0.00 | FA |
| 3 | Security Deposit - Commercial Office Lease Arnold and Norma Rodriguez Family LP 6811 Theall Road, Suite A Houston, TX 77066 | $5,940.00 | $0.00 | | $0.00 | FA |
| 4 | 90 days old or less: $63,900.00 - $0.00 = $63,900.00 | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | amended 3/27/19 | | | | | |
| 5 | Over 90 days old: $0.00 - $0.00 = $0.00 | $0.00 | $0.00 | OA | $0.00 | FA |
| 6 | 4 Desks | $1,000.00 | $0.00 | OA | $0.00 | FA |
| 7 | 1 Armoire | $500.00 | $0.00 | OA | $0.00 | FA |
| 8 | 1 Reception Desk | $800.00 | $0.00 | OA | $0.00 | FA |
| 9 | 1 Conference Table | $500.00 | $0.00 | OA | $0.00 | FA |
| 10 | 8 Chairs | $600.00 | $0.00 | OA | $0.00 | FA |
| 11 | 14 Reclining Chairs | $1,400.00 | $0.00 | OA | $0.00 | FA |
| 12 | 1 Breakroom Table | $20.00 | $0.00 | OA | $0.00 | FA |
| 13 | 6 Folding Chairs | $60.00 | $0.00 | OA | $0.00 | FA |
| 14 | 2 Telephones | $350.00 | $0.00 | OA | $0.00 | FA |
| 15 | 1 Apple (Mac) Desktop | $1,500.00 | $0.00 | OA | $0.00 | FA |
| 16 | 1 Lenovo Laptop | $200.00 | $0.00 | OA | $0.00 | FA |
| 17 | 1 Paper Shredder | $60.00 | $0.00 | OA | $0.00 | FA |
| 18 | 1 Fax Machine | $50.00 | $0.00 | OA | $0.00 | FA |
| 19 | Misc. Office Items and Supplies (Staplers, paperclips, binder clips, paper, Postit- Notes, etc.) | $250.00 | $0.00 | OA | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2    Exhibit 8

| Case No.: | 18-31255-H3-7 | Trustee Name: | Lowell Cage |
|---|---|---|---|
| Case Name: | THE MISSING LYNX EXPRESS, INC. | Date Filed (f) or Converted (c): | 02/12/2019 (c) |
| For the Period Ending: | 7/14/2020 | §341(a) Meeting Date: | 03/21/2019 |
| | | Claims Bar Date: | 11/12/2019 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 20 | 2016 Isuzu Medium Duty Box Truck 20' N-Series VIN No. JALC4W16XG7001549 #20 in debtor's records Financed through BMO Vehicle Location: 8152 Spring Cypress Road Spring, TX 77379 | $45,000.00 | $0.00 | OA | $0.00 | FA |
| 21 | 2016 Isuzu Medium Duty Box Truck 20' N-Series VIN No. JALC4W16XG7003124 #22 in debtor's records Financed through BMO Vehicle Location: 8152 Spring Cypress Road Spring, TX 77379 | $45,000.00 | $0.00 | OA | $0.00 | FA |
| 22 | 2016 Isuzu Medium Duty Box Truck 20' N-Series VIN No. JALC4W16XG7003186 #23 in debtor's records Financed through BMO Vehicle Location: 6275 S. Pearl Street Las Vegas, NV 89120 | $45,000.00 | $0.00 | OA | $0.00 | FA |
| 23 | 2016 Isuzu Medium Duty Box Truck 20' N-Series VIN No. JALC4W166G7001502 #24 in debtor's records Financed through BMO Vehicle Location: 8152 Spring Cypress Road Spring, TX 77379 | $45,000.00 | $0.00 | OA | $0.00 | FA |
| 24 | 2015 Isuzu Medium Duty Box Truck 24' NRR VIN No. JALE5W162F7301526 #15 in debtor's records Financed through BMO Vehicle Location: 6275 S. Pearl Street Las Vegas, NV 89120 | $45,000.00 | $0.00 | OA | $0.00 | FA |
| 25 | 2015 Isuzu Medium Duty Box Truck 24' NRR VIN No. JALE5W163F7301521 #11 in debtor's records Financed through BMO Vehicle Location: 6275 S. Pearl Street Las Vegas, NV 89120 | $45,000.00 | $0.00 | OA | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 3     Exhibit 8

| Case No.: | 18-31255-H3-7 | | Trustee Name: | Lowell Cage |
| Case Name: | THE MISSING LYNX EXPRESS, INC. | | Date Filed (f) or Converted (c): | 02/12/2019 (c) |
| For the Period Ending: | 7/14/2020 | | §341(a) Meeting Date: | 03/21/2019 |
| | | | Claims Bar Date: | 11/12/2019 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 26 | 2015 Isuzu Medium Duty Box Truck 24' NRR VIN No. JALE5W16XF7301581 #3 in debtor's records Financed through BMO Vehicle Location: 850 Greens Parkway Houston, TX 77067vvvv | $45,000.00 | $0.00 | OA | $0.00 | FA |
| 27 | 2014 Isuzu Medium Duty Box Truck 24' NRR VIN No. JALE5W166E7302404 #13 in debtor's records Financed through BMO Vehicle Location: 850 Greens Parkway Houston, TX 77067 | $35,000.00 | $0.00 | OA | $0.00 | FA |
| 28 | 2014 Isuzu Medium Duty Box Truck 24' NRR VIN No. JALE5W165E7302376 #14 in debtor's records Financed through BMO Vehicle Location: 850 Greens Parkway Houston, TX 77067 | $35,000.00 | $0.00 | OA | $0.00 | FA |
| 29 | 2010 Freightliner VIN No. 1FUBCYBSXADAM6793 Financed through BMO #27 in debtor's records Vehicle Location: 850 Greens Parkway Houston, TX 77067 | $32,000.00 | $0.00 | OA | $0.00 | FA |
| 30 | 2010 Freightliner VIN No. 1FUBCYBS6ADAM6788 Financed through BMO #28 in debtor's records Vehicle Location: 850 Greens Parkway Houston, TX 77067 | $32,000.00 | $0.00 | OA | $0.00 | FA |
| 31 | 2010 Freightliner VIN No. 1FUBCYBS8ADAM6789 Financed through BMO #26 in debtor's records Vehicle Location: 850 Greens Parkway Houston, TX 77067 | $32,000.00 | $0.00 | OA | $0.00 | FA |
| 32 | 2017 Hino 268 VIN No. 5PVNE8JV7H4S55460 Financed through TCF #25 in debtor's records Vehicle Location: 6275 S. Pearl Street Las Vegas, NV 89120 | $62,000.00 | $0.00 | OA | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 4         Exhibit 8

| Case No.: | 18-31255-H3-7 | Trustee Name: | Lowell Cage |
| Case Name: | THE MISSING LYNX EXPRESS, INC. | Date Filed (f) or Converted (c): | 02/12/2019 (c) |
| For the Period Ending: | 7/14/2020 | §341(a) Meeting Date: | 03/21/2019 |
| | | Claims Bar Date: | 11/12/2019 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 33 | 2017 Hino 268 VIN No. 5PVNE8JV8H4S55502 Financed through TCF #12 in debtor's records Vehicle Location: 850 Greens Parkway Houston, TX 77067 | $62,000.00 | $0.00 | OA | $0.00 | FA |
| 34 | 2014 Isuzu Medium Duty Truck NRR Serial No. JALE5W165XE7302051 #16 in debtor's records Financed through Hitachi | $30,000.00 | $0.00 | OA | $0.00 | FA |
| 35 | 2014 Isuzu Medium Duty Truck (Diesel) NRR VIN No. JALE5W167E7300130 #5 in debtor's records Financed through Isuzu Vehicle Location: 850 Greens Parkway Houston, TX 77067 | $30,000.00 | $0.00 | OA | $0.00 | FA |
| 36 | 2004 Dodge Ram Vin No. 1D7HA16D94J187924 Secured by First Home Bank Vehicle Location: 8152 Spring Cypress Road Spring, TX 77379 | $4,000.00 | $0.00 | OA | $0.00 | FA |
| 37 | 2007 Hino Vin No. 5PVNE8JTX72S50844 Secured by First Home Bank #10 in debtor's records Vehicle Location: 8152 Spring Cypress Road Spring, TX 77379 | $15,000.00 | $0.00 | OA | $0.00 | FA |
| 38 | 2010 International Vin No. 1HTMMAAN9AH268086 Secured by First Home Bank #19 in debtor's records Vehicle Location: 850 Greens Parkway Houston, TX 77067 | $12,000.00 | $0.00 | OA | $0.00 | FA |
| 39 | 2010 International VIN No. 1HTMMAAN0AH268087 Secured by First Home Bank #21 in debtor's records Vehicle Location: 850 Greens Parkway Houston, TX 77067 | $12,000.00 | $0.00 | OA | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 5    Exhibit 8

| Case No.: | 18-31255-H3-7 | Trustee Name: | Lowell Cage |
| --- | --- | --- | --- |
| Case Name: | THE MISSING LYNX EXPRESS, INC. | Date Filed (f) or Converted (c): | 02/12/2019 (c) |
| For the Period Ending: | 7/14/2020 | §341(a) Meeting Date: | 03/21/2019 |
| | | Claims Bar Date: | 11/12/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 40 2011 International VIN No. 1HTMMAAN2BH388510 Secured by First Home Bank #18 in debtor's records Vehicle Location: 850 Greens Parkway Houston, TX 77067 | $15,000.00 | $0.00 | OA | $0.00 | FA |
| 41 2012 International VIN No. 3HAMMAAN9CL584388 Secured by First Home Bank #17 in debtor's records Vehicle Location: 850 Greens Parkway Houston, TX 77067 | $17,000.00 | $0.00 | OA | $0.00 | FA |
| 42 2004 Freightliner VIN No. 1FVACWDC74HN11588 Vehicle Location: 850 Greens Parkway Houston, TX 77067 | $8,000.00 | $1,400.00 | | $1,400.00 | FA |
| 43 2010 Nissan UD VIN No. JNAPA81H0AAN80055 #2 in debtor's records Vehicle Location: 850 Greens Parkway Houston, TX 77067 | $20,000.00 | $0.00 | OA | $0.00 | FA |
| 44 2010 Nissan UD VIN No. JNAPA81HXAAN80015 Debtor holds title - has financed vehicle to 3rd party. $2,500 balance on the Note. | $20,000.00 | $0.00 | OA | $0.00 | FA |
| 45 2009 Nissan UD VIN No. JNAPA81H59AR75070 #4 in debtor's records Vehicle Location: 850 Greens Parkway Houston, TX 77067 | $20,000.00 | $5,500.00 | | $5,500.00 | FA |
| 46 2011 Isuzu NPR VIN No. JALC4W162B7002378 #7 in debtor's records Vehicle Location: 850 Greens Parkway Houston, TX 77067 | $20,000.00 | $3,500.00 | | $3,500.00 | FA |
| 47 2007 Chevrolet W4500 J8BC4B16677003753 Debtor holds title - has financed vehicle to 3rd party. $3,050 balance on the Note. | $13,000.00 | $0.00 | OA | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 6     Exhibit 8

| Case No.: | 18-31255-H3-7 | Trustee Name: | Lowell Cage |
|---|---|---|---|
| Case Name: | THE MISSING LYNX EXPRESS, INC. | Date Filed (f) or Converted (c): | 02/12/2019 (c) |
| For the Period Ending: | 7/14/2020 | §341(a) Meeting Date: | 03/21/2019 |
| | | Claims Bar Date: | 11/12/2019 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 48 | 2006 International VIN No. IHTMPAFN66H260308 Vehicle Location: 850 Greens Parkway Houston, TX 77067 | $8,000.00 | $1,850.00 | | $1,850.00 | FA |
| 49 | 34 Storage Racks | $8,000.00 | $0.00 | OA | $0.00 | FA |
| 50 | 1 Cantilever | $800.00 | $0.00 | OA | $0.00 | FA |
| 51 | 1 Ramp | $800.00 | $0.00 | OA | $0.00 | FA |
| 52 | 2 Wheel Dollies (20) | $2,000.00 | $0.00 | OA | $0.00 | FA |
| 53 | 4 Wheel Dollies (12) | $1,200.00 | $0.00 | OA | $0.00 | FA |
| 54 | 8152 Spring Sypress Road Spring, TX 77379 Warehouse/Office  Leasehold Interest | $1.00 | $0.00 | | $0.00 | FA |
| 55 | 3008 E Sunset Road, #175 Las Vegas, NV 39120 Storage Unit Leasehold Interest | $1.00 | $0.00 | | $0.00 | FA |
| 56 | Note for 2007 Chevrolet W4500 $650.00 per month. Once balance received title will be turned over. $3,050.00 – $0.00= $3,050.00 | $0.00 | $0.00 | | $0.00 | FA |
| | Asset Notes:     amended 3/27/19 | | | | | |
| 57 | Note for 2010 Nissan UD VIN No. JNAPA81HXAAN80015 Once balance received title will be turned over. $2,500.00 – $0.00 = $2,500.00  **(u)** | $2,500.00 | $6,500.00 | | $6,500.00 | FA |
| 58 | DIP Account Frost Bank DIP account 0551 | $0.00 | $0.00 | | $0.00 | FA |
| 59 | Commercial General Liability Policy Ending 8600 10/13/17-10/13/18 | $0.00 | $0.00 | | $0.00 | FA |
| 60 | Automobile  Policy Ending 8415 3/1/18 - 3/1/19 | $0.00 | $0.00 | | $0.00 | FA |
| 61 | Umbrella Policy Ending 8600 10/13/17 - 10/13/18 | $0.00 | $0.00 | | $0.00 | FA |
| 62 | Cargo Policy Ending 8415 3/1/18 - 3/1/19 | $0.00 | $0.00 | | $0.00 | FA |
| 63 | Workers Comp. Policy Ending 716 9/4/17 through 9/4/18 | $0.00 | $0.00 | | $0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 7   Exhibit 8

| Case No.: | 18-31255-H3-7 | Trustee Name: | Lowell Cage |
| Case Name: | THE MISSING LYNX EXPRESS, INC. | Date Filed (f) or Converted (c): | 02/12/2019 (c) |
| For the Period Ending: | 7/14/2020 | §341(a) Meeting Date: | 03/21/2019 |
| | | Claims Bar Date: | 11/12/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 64  Potential cause of action vs. Minor Insurance. 33 Talsman Dr. Canfield, OH 44406 Umbrella policy not in place despite debtors payments Debtor lost contacts as a result, forced debtor out of business as they were unable to get additional insurance. | Unknown | $0.00 | | $0.00 | FA |
| 65  Items inside box trailer - portable ladder, office chairs, desk w/chair, pallet racking (u) | $0.00 | $1,770.00 | | $1,770.00 | FA |

**TOTALS (Excluding unknown value)**

|  |  |  |  | **Gross Value of Remaining Assets** |
|---|---|---|---|---|
| $879,035.46 | $20,520.00 | | $20,520.00 | $0.00 |

**Major Activities affecting case closing:**

03/16/2020   TFR submitted to UST on 03/16/20.

09/30/2019   This case is ready to close except for tax returns. As of August, accountants needed documents from Debtor to prepare returns, but Debtor has been uncooperative. TFR will be submitted once tax issues resolved.
(TLW)

| Initial Projected Date Of Final Report (TFR): | 12/31/2020 | Current Projected Date Of Final Report (TFR): | 03/31/2020 | /s/ LOWELL CAGE |
|---|---|---|---|---|
| | | | | LOWELL CAGE |

Page No: 1   Exhibit 9

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 18-31255-H3-7 | | Trustee Name: | Lowell Cage |
|---|---|---|---|---|
| Case Name: | THE MISSING LYNX EXPRESS, INC. | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***3436 | | Checking Acct #: | ******1255 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 3/13/2018 | | Blanket bond (per case limit): | $77,534,000.00 |
| For Period Ending: | 7/14/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/24/2019 | | Webster's Auction Palace | Auction proceeds | * | $20,520.00 | | $20,520.00 |
| | {42} | | $1,400.00 | 1129-000 | | | $20,520.00 |
| | {57} | | $6,500.00 | 1229-000 | | | $20,520.00 |
| | {45} | | $5,500.00 | 1129-000 | | | $20,520.00 |
| | {46} | | $3,500.00 | 1129-000 | | | $20,520.00 |
| | {48} | | $1,850.00 | 1129-000 | | | $20,520.00 |
| | {65} | | $1,770.00 | 1229-000 | | | $20,520.00 |
| 08/15/2019 | 3001 | Webster's Auction Palace | Auctioneer fees/expenses | * | | $2,526.00 | $17,994.00 |
| | | | $(1,026.00) | 3610-000 | | | $17,994.00 |
| | | | $(1,500.00) | 3620-000 | | | $17,994.00 |
| 10/14/2019 | 3002 | International Sureties, Ltd | Bond payment | 2300-000 | | $6.71 | $17,987.29 |
| 11/25/2019 | 3003 | William G West, P.C., CPA | 11/22/19 133 Accountant fees/expenses | * | | $5,499.55 | $12,487.74 |
| | | | $(5,456.50) | 3410-000 | | | $12,487.74 |
| | | | $(43.05) | 3420-000 | | | $12,487.74 |
| 06/09/2020 | 3004 | Cage, Hill & Niehaus L.L.P. | Trustee Compensation | 2100-000 | | $2,802.00 | $9,685.74 |
| 06/09/2020 | 3005 | Cage, Hill & Niehaus L.L.P. | Trustee Expenses | 2200-000 | | $156.21 | $9,529.53 |
| 06/09/2020 | 3006 | Klein Independent School District | Final Distribution Claim #12 | 4210-000 | | $2,698.32 | $6,831.21 |
| 06/09/2020 | 3007 | Bridgestone Municipal Utility District | Final Distribution Claim #13 | 4210-000 | | $981.21 | $5,850.00 |
| 06/09/2020 | 3008 | United States Trustee | Final Distribution Claim #15 | 2950-000 | | $5,850.00 | $0.00 |

SUBTOTALS   $20,520.00   $20,520.00

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 18-31255-H3-7 | |
| **Case Name:** | THE MISSING LYNX EXPRESS, INC. | |
| **Primary Taxpayer ID #:** | **-***3436 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 3/13/2018 | |
| **For Period Ending:** | 7/14/2020 | |

| | |
|---|---|
| **Trustee Name:** | Lowell Cage |
| **Bank Name:** | Independent Bank |
| **Checking Acct #:** | ******1255 |
| **Account Title:** | DDA |
| **Blanket bond (per case limit):** | $77,534,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

|  |  |  |
|---|---|---|
| **TOTALS:** | $20,520.00 | $20,520.00    $0.00 |
| **Less: Bank transfers/CDs** | $0.00 | $0.00 |
| **Subtotal** | $20,520.00 | $20,520.00 |
| **Less: Payments to debtors** | $0.00 | $0.00 |
| **Net** | $20,520.00 | $20,520.00 |

**For the period of 3/13/2018 to 7/14/2020**

| | |
|---|---|
| Total Compensable Receipts: | $20,520.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $20,520.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $20,520.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $20,520.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 06/24/2019 to 7/14/2020**

| | |
|---|---|
| Total Compensable Receipts: | $20,520.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $20,520.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $20,520.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $20,520.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |  | | | |
|---|---|---|---|---|---|---|
| Case No. | 18-31255-H3-7 | | | Trustee Name: | Lowell Cage | |
| Case Name: | THE MISSING LYNX EXPRESS, INC. | | | Bank Name: | Independent Bank | |
| Primary Taxpayer ID #: | **-***3436 | | | Checking Acct #: | ******1255 | |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | DDA | |
| For Period Beginning: | 3/13/2018 | | | Blanket bond (per case limit): | $77,534,000.00 | |
| For Period Ending: | 7/14/2020 | | | Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $20,520.00 | $20,520.00 | $0.00 |

| For the period of 3/13/2018 to 7/14/2020 | | For the entire history of the case between 02/12/2019 to 7/14/2020 | |
|---|---|---|---|
| Total Compensable Receipts: | $20,520.00 | Total Compensable Receipts: | $20,520.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $20,520.00 | Total Comp/Non Comp Receipts: | $20,520.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $20,520.00 | Total Compensable Disbursements: | $20,520.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $20,520.00 | Total Comp/Non Comp Disbursements: | $20,520.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ LOWELL CAGE

LOWELL CAGE